TROY UNION RAILROAD COMPANY, Appellant, *v.* CITY OF TROY, Respondent.

(Argued April 1, 1930; decided May 6, 1930.)

*Robert E. Whalen, Alexander S. Lyman* and *Joseph Rosch* for appellant.

*T. Stewart Hubbard, Corporation Counsel (John T. Norton* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.